UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FREDDY GUTIERREZ, | ) |
| Petitioner, | ) No. CV 10-9730-PSG(AJW) |
| vs. | ) |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) JUDGMENT |
| Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: 5/24/11

_____
Philip S. Gutierrez
United States District Judge